U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 28 2018

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

U.S. Western District Court

Calvin L Redd

-V-

3rd District Lincoln parish
State of Louisiana
Sheriff Mike Stone,
Warden Jim Tute ect.

01/22/19

Doc

Clerk

42 U.S.C. § 1983

Unlawful Condiction of Confinement

Complaint

On 11/05/18 During my arrival from the state of Illinois the parish of Lincoln and the state of Louisiana render my body under sole custody. I'm filing a civil law suit for 2,000,000,000 dollars on complaints of not having access to the law within there System to litigate law work concerning my cases Revise Statue, Typing paper, Copy machine, stamps, Case loggs ect,

pg2

Therefore petitioner complaint of unsanitary practice, and cold meals where the meals are cold at breakfast

petitioner alledging his complaint of unsanitize practice, living in this inviroment of mole and paint falling off the wall in the shower, where theres no bleach or chemicals to clean or sanitize these living eara, which is unfit for humanity or human to live a healthy life without getting sick, such as led poisoned or lung and breathing problems, petition alledge this facility is way below living standards, and the codes of human health and rights ect, petitioner ask the court to do an investigation on the Lincoln parish Detention Center immediately to accomidate his complaint as well as suport his complaint and claim, Therefore if any bodily harm of petitioner health wise ect, the parish of Lincoln will be liable for his bodily health problems This suit is filed under money damage

Calvin R Redd

X _____

Pg 3.

U.S. Western District Court

Calvin L Redd

01/22/19

-v-

3rd District Lincoln parish
State of Louisiana
Sheriff Mike Stone
Warden Jim Tute ect.

Doc

Clerk

Defendant    Sheriff Mike Stone

who's employee for the parish of Lincoln as sheriff at 100 W. Texas Ave, Ruston, La 71270

Defendant    Warden Jim Tute

who's employee for the parish of Lincoln as Warden, at P.O. Box 2028 Ruston, La 71270